ALVIN M. HIGGINS, Appellant, *v.* PEEKSKILL STAR COR-
PORATION et al., Respondents.

Argued March 1, 1938; decided March 15, 1938.

*Robert H. Elder* and *Otho S. Bowling* for appellant.
*Charles Blank* for respondents.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.